LAW OFFICES OF

## KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

---

> Application granted.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> January 16, 2024

---

**Via ECF**

The Honorable Philip M. Halpern
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        **RE:**   **United States v. Nicholas Orsini**
            **Case No.: 7:23CR00402(PMH)**

Dear Judge Halpern:

        The undersigned has been appointed to represent Mr. Nicholas Orsini in the above-captioned matter, together with Attorney Andrew Patel. Mr. Orsini is currently scheduled for arraignment before the Court on January 17, 2024, at 2:00 p.m. I respectfully request that I be excused from attending the defendant's arraignment as I am currently on trial in U.S. v. Malik Bayon, Case No.: 3:21CR156 (KAD) in the District of Connecticut and will be unable to attend.

        I have discussed this application with Attorney Patel who has informed me that he has no objection to the request of representing both him and myself, at Mr. Orsini's arraignment.

        For the above stated reasons, I respectfully request that the Court excuses my absence at the defendant's arraignment.

        Respectfully submitted,

        __/s/ *Bruce D. Koffsky*__

        Bruce D. Koffsky

BDK/ls
cc:      All Counsel of Record