UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JAMIE ORSINI and NICHOLAS ORSINI,

Defendants.

**ORDER**

S1 23-CR-00402 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the scheduling issues referenced by counsel for Defendant Nicholas Orsini in a letter submitted to chambers, the trial in this case is advanced from September 23, 2024 to September 17, 2024. Jury selection and trial shall begin on **September 17, 2024 at 9:30 a.m.** in Courtroom 520 of the White Plains courthouse. All other deadlines in the Pretrial and Motion Scheduling Order (Doc. 62) remain in effect. The Court will not sit on September 27, 2024.

**SO ORDERED:**

Dated:   White Plains, New York
         July 2, 2024

_____
PHILIP M. HALPERN
United States District Judge