UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

    -v-

JAMIE ORSINI and NICHOLAS ORSINI,

    Defendants.

**ORDER**

S1 23-CR-00402 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a final pretrial conference on September 3, 2024. Jury selection and trial in this matter will proceed on **September 17, 2024 at 9:30 a.m.** As stated more fully on the record during the appearance, the Court directed as follows.

1. The Court issued rulings on the proposed *voir dire* questionnaire. The parties are directed to send to chambers, by September 10, 2024, a list of names of witnesses and other individuals that will be mentioned at trial.

2. The Court issued rulings on the parties' motions *in limine*.

3. The parties are directed to send chambers, by September 10, 2024, three copies of the exhibit binders. Each exhibit binder must include an index of the exhibits.

4. The parties are directed to email to chambers, by September 10, 2024, Word versions of the proposed verdict form and proposed jury charge.

See transcript.

                          **SO ORDERED.**

Dated: White Plains, New York
        September 4, 2024

                          PHILIP M. HALPERN
                          United States District Judge