UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v -

JAMIE ORSINI and NICHOLAS ORSINI,

Defendants.

S1 23-CR-00402 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court directed that the parties provide, by September 10, 2024, "a list of names of witnesses and other individuals that will be mentioned at trial." (Doc. 91). Defense counsel provided only their names and the names of their paralegals. (Doc. 92; Doc. 93). The Government provided, via an email to chambers, the names of counsel, a paralegal, FBI Special Agents, and New York State Police Investigators.

The Government shall advise, by September 11, 2024 at 5:00 p.m., if it consents to the Court reading to the potential jurors the names of the witnesses it provided to the Court via email to chambers on August 26, 2024. Counsel for Nicholas Orsini shall advise, by September 11, 2024 at 5:00 p.m., if they consent to the Court reading to the potential jurors the names of the witnesses they provided to the Court via email to chambers on August 27, 2024

**SO ORDERED.**

Dated:   White Plains, New York
         September 11, 2024

_____
PHILIP M. HALPERN
United States District Judge