UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES,

        v.                                         7:23-CR-402 (PMH)

NICHOLAS ORSINI,                          ORDER ~~(Proposed)~~

                    **Defendant.**
-------------------------------------------------------X

Upon the application of Bruce D. Koffsky, attorney for Nicholas Orsini, for an Order scheduling the filing of post-trial motions in the above action:

IT IS HEREBY ORDERED, that

1. The defendants, Nicholas Orsini and Jaime Orsini, shall immediately file a motion pursuant to Rule 29 and 33 and will thereafter, on or before December 13, 2024, file a memorandum in support of their motions.

2. The government shall file their responsive pleadings to the above, on or before February 28, 2025.

Dated:   White Plains, New York
          _October 7, 2024

                                                  So Ordered:

                                                  The Honorable Philip M. Halpern
                                                  United States District Court Judge