UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ─────────────────────────── x | | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | **Notice Motion** |
| V. | : | **FRCP Rule 29 & Rule 33** |
| | : | |
| | : | 23 Cr. 402 (PMH) |
| NICHOLAS ORSINI | : | |
| ─────────────────Defendant─── x | | |

### NOTICE OF MOTION FOR A JUDGMENT OF ACQUITAL AND A NEW TRIAL

   PLEASE TAKE NOTICE that upon the annexed Memorandum of Law filed herewith, Nicholas Orsini moves this Court at a time and date to be set by the Court, before the Honorable Philip M. Halpern, United States District Judge, Southern District of New York, at The Honorable Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601 for a Judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure or for an Order granting a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure and for such other and further relief as the Court deems just and proper.

Dated:  December 13, 2024                    Respectfully Submitted
        White Plains, NY

                                             /s/ Andrew G. Patel____
                                             Andrew G. Patel, Esq.
                                             15 Chester Avenue
                                             White Plains, NY 10601
                                             212-349-0230
                                             apatel@apatellaw.com


                                             /s/ Bruce D. Koffsky___
                                             Bruce D. Koffsky, Esq.
                                             Koffsky & Felsen, LLC

1261 Post Road, Suite 202B
Fairfield, CT  06824
Tel.: 203-327-1500
bkoffsky@snet.net

*Counsel for Nicholas Orsini*

cc:    All counsel of record (by ECF)