MUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

NICHOLAS ORSINI, :

Defendant. :

-----------------------------------------------------------x

**<u>SCHEDULING ORDER</u>**

7:23-cr-00402-02 (PMH)

The Sentencing Hearing scheduled for August 13, 2026 at 2:30 p.m. in Courtroom 520 is advanced to 1:30 p.m. on the same date.

**SO ORDERED:**

Dated: White Plains, New York
August 7, 2026

_______________________________
Philip M. Halpern
United States District Judge